**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action, File Number 12-cv-02170-AP

ROY MARSHALL NICHOLS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

1.    **APPEARANCES OF COUNSEL**:

| For Plaintiff: | For Defendant: |
|---|---|
| Jenna L. Mazzucca, Esq. | JOHN F. WALSH |
| Jenna L. Mazzucca, Esq., PC | United States Attorney |
| 1604 H Street, Ste 600 | |
| Salida, CO 81201 | J. BENEDICT GARCÍA |
| Telephone: (719) 207-4279 | Assistant United States Attorney |
| E-mail: jenna@mazzuccalaw.com | United States Attorney's Office |
| | District of Colorado |
| | J.B.Garcia@usdoj.gov |
| | |
| | THAYNE WARNER |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7237 |
| | thayne.warner@ssa.gov |

2.    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**:

The Court has jurisdiction based on 42 U.S.C. 405(g).

3.  **DATES OF FILINGS OF RELEVANT PLEADINGS**:

    |     |     |     |
    | --- | --- | --- |
    | A. | <u>Complaint Filed</u>: | August 16, 2012 |
    | B. | <u>Complaint Served</u>: | August 24, 2012 |
    | C. | <u>Answer and Administrative Record Filed</u>: | October 22, 2012 |

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**:

Plaintiff states that the record lacks copies of overpayment checks allegedly sent to Plaintiff and that the record lacks copies of endorsed overpayment checks allegedly sent to Plaintiff. Defendant states that the relevant checks were from a period prior to 1998, and the Treasury Department does not have those checks due to the excessive age of the payments (AR at 14).

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**:

    The parties have no additional evidence to submit.

6.  **STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES**:

    None.

7.  **OTHER MATTERS**:

    None.

8.  **BRIEFING SCHEDULE**:

    |     |     |     |
    | --- | --- | --- |
    | A. | <u>Plaintiff's Opening Brief</u>: | December 15, 2012 |
    | B. | <u>Response Brief</u>: | January 14, 2013 |
    | C. | <u>Reply Brief</u>: | January 29, 2013 |

9.  **STATEMENTS REGARDING ORAL ARGUMENT:**

    A.  <u>Plaintiff's Statement</u>:  Plaintiff <u>does not</u> request oral argument.
    B.  <u>Defendant's statement</u>: Defendant <u>does not</u> request oral argument.

10. **CONSENT TO EXERCISE JURISDICTION BY MAGISTRATE JUDGE**:

    A. ( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B. (   ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO THE JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 (C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD AND ALL PRO SE PARTIES.

### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th day of _November, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| /s/ Jenna L. Mazzucca<br>Jenna L. Mazzucca, Esq.<br>1604 H Street, STE 600<br>Salida, CO  81201<br>719-207-4279<br>jenna@mazzuccalaw.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>By: /s/ M. Thayne Warner<br>M. Thayne Warner<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-7237<br>thayne.warner@ssa.gov<br>Attorneys for Defendant |