IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-2170-AP**

**ROY MARSHALL NICHOLS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion to Allow Plaintiff to Amend Brief in Order to Address Supplemental Evidence (doc. #16), filed January 22, 2013, is **GRANTED.** Plaintiff's Amended Brief is due January 28, 2013; Defendant's Response Brief is due February 27, 2013; reply brief is due March 14, 2013.

Dated:  January 23, 2013