IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-2170-AP**

**ROY MARSHALL NICHOLS,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

# ORDER

Kane, J.

Defendant's Opposed Motion to Remand (doc. #25), filed March 13, 2013, is **GRANTED** over plaintiff's objection.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  March 21, 2013.

          BY THE COURT:

          *s/John L. Kane*
          JOHN L. KANE, SENIOR JUDGE
          UNITED STATES DISTRICT COURT